```
RECEIPT #_____
AMOUNT $    IFP
SUMMONS ISSUED  N/A
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK.   m
DATE   8-1-05
```

THE UNITED STATES OF AMERICA

THE SUPREME COURT

Docket No:

_____
Petitioner, LENORE A. LAURO

vs.

Respondent, MASSACHUSETTS
_____

05cv11808NMG

MAGISTRATE JUDGE Sorokin

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner *pro se*, pursuant to Rule 39 of this Supreme Court, timely moves for leave to proceed *in forma pauperis* to appeal a Massachusetts Supreme Court denial of further appellate review, rescript dated June 9, 2005, of the Appeal's Court affirmation of judgments in the Orleans District Court. An application for reconsideration was denied in the Supreme Judicial Court on July 27, 2005.

Leave to proceed *in forma pauperis* had been granted in the Orleans District Court for a first appeal and counsel was appointed. The determination of indigency was based on the criteria established by the Federal Legal Services Corporation 42 U.S.C. Sec. 2996f (2) (A)&(B); and Section 625 of the <u>Economic Opportunity Act</u> 42 U.S.C. Sec. 2971 (d): whose income, after taxes, is 125 percent, or less, of the current poverty threshold annually.

In support of this Motion to Proceed on Appeal in Forma Pauperis, and in compliance with 28 U.S.C. Section 1746, is an attached Notarized Affidavit, in the form prescribed by the Federal Rules of Appellate Procedure, Form 4.

Wherefore, Petitioner prays that leave to proceed *in forma pauperis* be granted.

*[signature: Lenore A. Lauro]*

Lenore A. Lauro, Petitioner pro se
74 Highland Moors Drive
Brewster, MA 02631
(508) 896-5457

COMMONWEALTH OF MASSACHUSETTS

APPEALS COURT

03-P-776
(Orleans District Ct.
No. 0226CR000511)

COMMONWEALTH

vs.

LENORE A. LAURO

### ORDER

It having been made to appear that the notice of the assembly of record and the entry of the appeal in this Court were premature because there are deficiencies in the transcript of the proceeding which has been transmitted to this Court, it is ordered that such notice and entry be, and the same hereby are, vacated; that all papers already transmitted to this Court are to be returned to the clerk of the trial court until the deficiencies in the record have been cured; and that the foregoing orders are without prejudice to the reentry of the appeal in this Court following the issuance of a new notice of the assembly of the record.

By the Court

Assistant Clerk

Entered: September 25, 2003

COMMONWEALTH OF MASSACHUSETTS

APPEALS COURT
CLERK'S OFFICE
Three Center Plaza, Seventh Floor
BOSTON, MASSACHUSETTS 02108
(617) 725-8106

September 13, 2004

Lenore A. Lauro
74 Highland Moors Drive
Brewster, MA 02631

RE:   No. 2004-P-0119

**COMMONWEALTH**
  **vs.**
**LENORE A. LAURO**

NOTICE OF DOCKET ENTRY

Please take note that, with respect to the MOTION to enlarge reply brief due date until trial court record is settled, filed by Lenore A. Lauro. (Paper #26),

on September 13, 2004, the following order was entered on the docket of the above-referenced case:

RE#26 The motion to extend the reply brief due date is allowed to 10/13/04. Orleans District Court is to transmit an attested copy of its updated docket forthwith. (Perretta, J.) *Notice/attest.

Very truly yours,

The Clerk's Office

Dated: September 13, 2004

To:   Julia K. Holler, A.D.A.
      Lenore A. Lauro
      Orleans District Court

*[handwritten]: A.D.A. KirKMAN "Opposition to Docket" in district court. September 16, 2004*

A.C. No. ..........................  **Commonwealth of Massachusetts**  S.J.C. No. ..........................

Sitting ..........................  (This statement must be used in all appeal entries.)  Sitting ..........................

COURT .......... ORLEANS DISTRICT COURT ..........................

## CLERK'S OFFICE

DATE ...... 1/27/04 ..........

RE: .......... COMMONWEALTH OF MASSACHUSETTS ..........................

v.

LENORE A. LAURO
..........................................................

NO: .... 0226 CR 0511 ..........

### NOTICE OF ASSEMBLY OF RECORD ON APPEAL.

In accordance with Rules of Appellate Procedure, Rule 9, subsection (d), notice this day has been sent to the Clerk of the Supreme Judicial Court for the Commonwealth along with two certified copies of docket entries. Record has been fully assembled in the office of the clerk of the

ORLEANS DISTRICT COURT
..........................................................
(name of Court)

In accordance with Rules of Appellate Procedure, Rule 10, subsection (a) and (b), the appealing party must enter the case in the Supreme Judicial Court for the Commonwealth within ten (10) days of receipt of this notice. This notice does not constitute entry in the Supreme Judicial Court for the Commonwealth.

| CRIMINAL DOCKET | DOCKET NO. 0226CR000511 | ATTORNEY NAME BAHRAWY, JENS | | |
|---|---|---|---|---|
| COURT DIVISION: Orleans | ☐ INTERPRETER REQUIRED | DATE and JUDGE | DOCKET ENTRY | |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT LAURO, LENORE A 74 HIGHLAND MOORE DR BREWSTER, MA 02631 | | 3/20/02 RULE #7 | ☐ Attorney appointed (SJC R. 3:10) ☐ Atty denied and Deft Advised per 211D §2A ☐ Waiver of counsel found after colloquy Terms of release set: ☒ PR ☐ Bail: ☐ Held (276 §58A) ☐ See back for special conditions Arraigned and advised: ☐ Potential of bail revocation (276 §58) ☐ Right to bail review (276 §58) ☐ Right to drug exam (111E §10) | |
| DEFT. DOB AND SEX 11/15/1950  F | | | | |
| DATE OF OFFENSE(S) 03/10/2002 | PLACE OF OFFENSE(S) BREWSTER | 1/8/03 | Advised of right to jury trial: ☐ Does not waive ☐ Waiver of jury trial found after colloquy | |
| COMPLAINANT BARBER, RICHARD | POLICE DEPARTMENT (if applicable) BREWSTER PD | | | |
| DATE OF COMPLAINT 03/11/2002 | RETURN DATE AND TIME 03/11/2002 08:30:00 | | Advised of trial rights as pro se (Supp. R. 4) Advised of right of appeal to Appeals Ct (R. 28) | |

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 1. 90/24/J OUI--LIQUOR c90 §24(1)(a)(1) | | | | | ☐ WAIVED |

| DISPOSITION DATE and JUDGE 1/9/03  WILLIAMS | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☒ Probation 1/9/04   ☐ Pretrial Probation (276 §87) - until:  24D ☐ To be dismissed upon payment of court costs/restitution ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim   ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other: ☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)  45 DAY LIC. LOSS |
|---|---|
| DISPOSITION METHOD ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☒ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☒ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause |
| | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged  JUDGE  DATE |

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 2. 90/24/E NEGLIGENT OPERATION OF MOTOR VEHICLE c90 | | | | | ☐ WAIVED |

| DISPOSITION DATE and JUDGE 1/9/03  WILLIAMS | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☒ Probation 1/9/04   ☐ Pretrial Probation (276 §87) - until:  CONCURRENT W/1 ABOVE ☐ To be dismissed upon payment of court costs/restitution ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim   ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other: ☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C) |
|---|---|
| DISPOSITION METHOD ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☒ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☒ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause |
| | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged  JUDGE  DATE |

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| 3. 89/4A MARKED LANES VIOLATION * c89 §4A | | | | | ☒ WAIVED |

| DISPOSITION DATE and JUDGE 1/9/03  WILLIAMS | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation   ☐ Pretrial Probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/restitution ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim   ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other: ☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)  A TRUE COPY ATTEST |
|---|---|
| DISPOSITION METHOD ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☒ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☒ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause |
| | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged  JUDGE  DATE |

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | ☐ WAIVED |

| DISPOSITION DATE and JUDGE | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation   ☐ Pretrial Probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/restitution ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim   ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other: ☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)  A TRUE COPY ATTEST |
|---|---|
| DISPOSITION METHOD ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause |
| | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged  JUDGE  DATE |

☐ ADDITIONAL COUNTS ATTACHED

COURT ADDRESS
Orleans District Court
237 Rock Harbor Road

CLERK-MAGISTRATE/ASST. CLERK     SIGN (DATE)

DOCKET NUMBER: 0226CR000511    NAME: LAURO, LENORE A

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/11/02 | ARR | ☐ Held | ☐ Cont'd | | | | | |
| 2 | 4/8/02 | PT | ☐ Held | ☐ Cont'd | 3/20/02 CASE BROUGHT FORAWRD | RAW | | | |
| 3 | 4/3/02 | PT | ☐ Held | ☐ Cont'd | CONF. REPORT | " | | | |
| 4 | 4/23/02 | M to DI | ☐ Held | ☐ Cont'd | | | | | |
| 5 | 5/8/02 | J | ☐ Held | ☐ Cont'd | | | | | |
| 6 | 5/6/02 | M to DI | ☒ Held | ☐ Cont'd | PRIMARY | RAW | 0791 | 1190 | END |
| 7 | " " | " " | ☐ Held | ☐ Cont'd | | " | 0792 | 0270 | 2475 |
| 8 | 6/6/02 | PT | ☐ Held | ☐ Cont'd | | | | | |
| 9 | 7/24/02 | J | ☐ Held | ☐ Cont'd | NOT REACHED | BALER | | | |
| 10 | 10/9/02 | J | ☐ Held | ☒ Cont'd | REQ. OF DEFT. | O'NEILL | | | |

ARR=Arraignment  PT=Pretrial hearing  CE=Discovery compliance and jury election  T=Bench trial  J=Jury Trial  PC=Probable cause hearing  M=Motion hearing  SR=Status review
SRP=Status review of payments  FA=First appearance in jury session  S=Sentencing  CW=Continuance-without-finding scheduled to terminate  P=Probation scheduled to terminate
DFTA=Defendant failed to appear and was defaulted  WAR=Warrant issued  WARD=Default warrant issued  WR=Warrant or default warrant recalled  PR=Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 3/20/02 | NOTICE OF APPEARANCE, AND MOTION TO ADVANCE FILED. |
| 4/3/02 | PRE TRIAL CONFERENCE REPORT FILED. |
| 4/23/02 | MOTION TO DISMISS W/AFFIDAVIT, MOTION TO SUPPRESS, AND MEMORANDUM FILED. |
| 5/7/02 | FINDINGS & ORDER ON MOTIONS TO SUPPRESS AND ON MOTION TO DISMISS GIVEN TO D.A., AND SENT TO ATTY BAHRAWY. |
| 7/24/02 | MOTION IN LIMINE FILED. |
| 12/3/02 | J-BROUGHT FORAWRD BY AGREEMENT. |
| 1/8/03 | PROPOSED VOIR DIRE QUESTIONS, AND LIST OF POTENTIAL WITNESSES FILED. |
| 1/8/03 | VOIR DIRE 02-03-0957-2120---> END// 0958-0000---> END// J-0959-0000---> END// 0960-0000---> 1058. |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | ✓WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| 1/9/03  WILLIAMS | OUI §24D Fee (90 §24D ¶9) | 250 | | |
| "    "    " | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | 125 + 50 + 125- | | |
| 1/9/03  WILLIAMS | Probation Supervision Fee (276 §87A) | XX | ADMIN. | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |
| "    "    " | 24D | 567.22 | | |

A TRUE COPY
ATTEST: Charles [signature]

| DOCKET CONTINUATION | | NAME OF CASE: LENORE A. LAURO | DOCKET NUMBER: 0226 CR 0511 |
|---|---|---|---|
| NO. | DATE | DOCKET ENTRIES | |
| | 1/9/03 | J 0960 @ 1100----> END; 0961 @ 0---->2014; 0962 @ 0606----> 0788 | |
| | | 0692 @ 1449----> 1965.         3/10/03   SRP | |
| | 2/3/03 | NOTORIZED AND VERIFIED PETITION FOR A WRIT OF HABEUS CORPUS | |
| | | JUDGEMENT OF ACQUITAL FILED BY DEFT. | |
| | | AFTER SPEAKING W/ASST. CLERK ELDRIDGE PUT ON BEFORE JUDGE WILLIAMS | |
| | | ON 2/10/03 (SECOND SESSION) INSTRUCTED DEFT. TO NOTIFY PARTIES. | |
| | 2/10/03 | AFFIDAVIT FILED. | |
| | | DEFT. BEFORE COURT PRO SE TO ARGUE MOTION; WILLIAMS, J | |
| | | 0978 @ 0603----> 1146. | |
| | 2/28/03 | DECISION AND ORDER ON DEFENDANT'S "NOTORIZED [sic] AND VERIFIED | |
| | | PETITION FOR A WRIT OF HABEUS [sic] CORPUS/JUDGEMENT OF ACQUITTAL | |
| | | GIVEN TO THE D.A., AND SENT TO DEFENDANT. | |
| | 4/9/03 | SRP | |
| | 3/17/03 | LETTER TO JUDGE WILLIAMS RECEIVED FROM THE DEFENDANT. | |
| | 3/18/03 | NOTICE OF APPEAL FILED BY THE DEFENDANT. | |
| | 3/21/03 | AFFIDAVIT AND NOTICE OF PROTEST FILED BY THE DEFENDANT. | |
| | 3/27/03 | NOTICE OF APPEAL GIVEN TO ORLEANS D.A., JULIA HOLLER, A.D.A., | |
| | | BREWSTER P.D., AND DENISE SIMONINI, CPCS. | |
| | 3/27/03 | MOTION TO DISCHARGE COUNSEL AND APPOINT NEW COUNSEL FOR DIRECT | |
| | | APPEAL, AFFIDAVIT, MOTION FOR APPOINTMENT OF COUNSEL FOR DIRECT | |
| | | APPEAL, MOTION FOR PRODUCTION OF TRANSCRIPTS, MOTION TO BE DECLARED | |
| | | INDIGENT, AFFIDAVIT OF INDIGENCY AND REQUEST FOR WAIVER, SUBSTITUTION | |
| | | OR STATE PAYMENT OF FEES AND COSTS FILED. | |
| | 4/1/03 | NOTICE OF PROBATION VIOLATION AND HEARING FOR 4/9/03 FILED. | |
| | 4/4/03 | FINANCIAL STATEMENT OF INDIGENCE FILED BY THE DEFENDANT | |
| | 4/9/03 | VOP HEARING BEFORE JULIAN, J; COUNSEL CONTRIBUTION WAIVED FOR | |
| | | TODAY; FURTHER WAIVER DEPENDANT ON FINANCIAL STATEMENT TO BE | |
| | | FILED W/PROBATION; DEFENDANT TO DECIDE BY 5/5/03 WHETHER TO PERFORM | |
| | | COM. SERVICE OR PAY FEES + $ ASSESSED @ TRIAL. IF DEFENDANT CHOOSES | |

A TRUE COPY ATTEST: [signature]

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
|  | 4/9/03 CONT. | TO PAY, PAYMENTS MIN. $100/MO TO PROBATION OVER TERM OF PROBATION, DUE BY 1ST OF MO.  7/8/03 VOP REVIEW FOR COMPLIANCE.   1214 @ 0300 |
|  | 4/9/03 | FINDING OF INDIGENCY/PROGRAM FEE WAIVED, JULIAN, J. |
|  |  | AFFIDAVIT OF INDIGENCY PER c261 s27a. |
|  | 5/1/03 | NOTICE OF ASSIGNMENT OF COUNSEL RECEIVED FROM C.P.C.S. |
|  | 5/5/03 | ATTY KILKENNY APPOINTED FOR PROBATION HEARING. |
|  |  | MOTION FOR PRODUCTION OF TRANSCRIPTS ALLOWED. RAW, J. |
|  |  | MOTION TO DISCHARGE COUNSEL AND APPOINT NEW COUNSEL FOR DIRECT APPEAL ALLOWED. RAW, J. |
|  | 5/6/03 | TAPES SENT TO CATUOGNO COURT REPORTING FOR TRANSCRIPTION. |
|  | 5/30/03 | TRANSCRIPTS RECEIVED FROM CATUOGNO COURT REPORTING. |
|  | 6/4/03 | TRANSCRIPTS SENT TO APPEALS COURT, JULIA HOLLER, A.D.A., AND ATTY J. DANIEL SILVERMAN. |

A TRUE COPY
ATTEST:

A TRUE COPY
ATTEST:

| | DOCKET CONTINUATION | NAME OF CASE<br>LAURO, LENORE A | DOCKET NUMBER<br>0226CR000511- |
|---|---|---|---|
| NO. | DATE | DOCKET ENTRIES | |
| | 6/10/03 | NOTICE OF ENTRY RECEIVED FROM APPEALS COURT | A TRUE COPY<br>ATTEST: |
| | 7/8/03 | VIOLATION OF PROBATION WITHDRAWN, RAW, J. | |
| | 9/8/03 | DEFENDANT ORDERED 2-TRACK CASSETTE ANA PAID DEPOSIT OF $50.50 | |
| | 9/8/03 | ATTORNEY SILVERMAN ORDERED 4-TRACK CASSETTE, STATED CLIENT BELIEVED PIECES OF THE TRANSCRIPT ARE INCOMPLETE | |
| | 9/11/03 | MOTION FOR PRODUCTION OF 4-TRACK CASSETTES BY DEFT LAURO | |
| | 9/11/03 | MOTION TO WAIVE COST FOR TRIAL 4-TRACK CASSETTES BY DEFT LAURO | |
| | 9/11/03 | MOTION FOR PRODUCTION FOR 2-TRACK CASETTES BY DEFT LAURO | |
| | 9/11/03 | MOTION TO WAIVE COST FOR TRIAL 2-TRACK CASSETTES BY DEFT LAURO | |
| | 9/11/03 | MOTIONS PRESENTED PRO SE. NO ACTION TAKEN, BALER, J.<br>TAPE 1654@0056-0263 | |
| | 9/12/03 | LETTER RECEIVED FROM DEFT LAURO REGARDING TAPES & TRANSCRIPTION OF TAPES | |
| | 9/19/03 | DEFT LAURO CALLED REQUESTING SHE BE ALLOWED TO LISTEN TO MASTER TAPES PER ASST CLERK WELSH DEFT LAURO WAS INFORMED THAT WE WILL ONLY DEAL WITH HER ATTY REGARDING THIS CASE, DEFT WAS TOLD THIS BY JUDGE BALER AT THE TIME OF HEARING ON HER MOTIONS, 9/11/03. | |
| | 9/19/03 | TAPES SENT TO ADM OFFICE TO BE COPIED | |
| | 9/25/03 | STEPHANIE SPOKE WITH SAM PILL AT ADM OFFICE REAGRDING TAPES. STATED DEFENDANT REQUESTED ADDITIONAL TAPES AND SUGGESTED THAT WE TAKE AN ADDITIONAL DEPOSIT. TAPES WOULD COST IN EXCESS OF $800.00. AFTER SPEAKING WITH ASST CLERK WELSH HE STATED TO HAVE MR. PILL ONLY PROCESS THE TAPE REQUESTS THAT HE HAD IN FRONT OF HIM. ANY ADITIONAL REQUESTS WOULD HAVE TO BE BROUGHT TO THIS COURT WITH PROPER FILING FEE | |
| | 9/25/03 | SPOKE TO ATTY SILVERMAN REGARDING DEFT LAUROS REQUEST FOR ADDITIONAL COPIES OF TAPES. INFORMED ATTY SILVERMAN THAT WE WERE ONLY PROCESSING THE REQUESTS THAT WE HAD RECEIVED AND ANY ADDITIONAL REQUESTS WOULD HAVE TO BE FILED AT THIS COURT WITH THE REQUIRED DEPOSIT. | |
| | 9/20/03 | K.J. CONWAY ORDERED TAPES REGARDING MOTION TO PRODUCE TRANSCRIPTS THAT WAS HEARD BEFORE JUDGE BALER ON 9/11/03. | A TRUE COPY<br>ATTEST: |
| | 10/03/03 | NOTICE OF DOCKET ENTRY BY APPEALS COURT.<br>ORDER: ASSEMBLY PREMATURE. ENTRY VACATED. | |
| | 10/03/03 | TRANSCRIPTS RETURNED FROM APPEALS COURT ALONG WITH LETTER FROM POST OFFICE STATING POSSIBLE DAMAGE DURING HANDLING. | |
| | 10/06/03 | SPOKE TO JOSEPH STANTON CLERK AT APPEALS COURT-ATTY SILVERMAN FILED MOTION TO EXTEND TIME WHICH WAS HEARD AND ALLOWED. MOTION SUGGESTED THAT THE TRANSCRIPTS WERE INCOMPLETE WHICH IS WHY THE APPEALS COURT RETURNED TRANSCRIPTS AND ORDERED THAT THE ASSEMBLY WAS PREMATURE AND THE ENTRY WAS VACATED. | |
| | 10/06/03 | CATUOGNO COURT REPORTING CALLED, HAVE RECEIVED PIECES OF LAURO TRANSCRIPTS THAT WERE SEPARATED FROM THE ORIGINAL SHIPMENT. | |
| | 10/08/03 | RECEIVED REMAINING TRANSCRIPTS FROM CATUOGNO COURT REPORTING SERVICE | |
| | 10/17/03 | SPOKE TO ATTY SILVERMAN REGARDING TRANSCRIPTION. INFORMED ATTY SILVERMAN THAT PER MAGISTRATE STEPHEN I. ROSS WE WILL HAVE ANY MISSING PORTIONS OF THE TRANSCRIPTS TRANSCRIBED, BUT WE ARE GOING TO USE THE SAME TRANSCRIBER, CATUOGNO COURT REPORTING SERVICE. | |
| | 10/20/03 | SPOKE TO ATTY SILVERMAN RE: MISSING PORTIONS OF TRANSCRIPTS. ATTY SILVERMAN STATED THE MISSING PORTIONS OF THE TRANSCRIPTS WERE FROM OFFICER STORTI'S TESTIMONY AND THE DISPOSITION. PER DEE BOWMAN OFFICE MANAGER WE REQUESTED THAT ATTY SILVERMAN SEND US IN WRITING WHAT PORTIONS OF THE TRANSCRIPTS HE BELEIVES ARE MISSING. ATTY SILVERMAN ALSO STATED THAT DEFT LAURO WANTED A SET OF 4-TRACK CASSETTE OF THE TRIAL. | |
| | 10/27/03 | RECEIVED LETTER FROM ATTY SILVERMAN REGARDING MISSING PORTIONS OF THE TRANSCRIPT. ATTY SILVERMAN IS LOOKING FOR OFFICER STORTI'S TESTIMONY AND THE DISPOSITION. | |

DC-CR 14 (12/89)

| | | DOCKET CONTINUATION | | |
|---|---|---|---|---|
| | | NAME OF CASE: LENORE A. LAURO | | DOCKET NUMBER: 0226CR000511 |
| NO. | DATE | DOCKET ENTRIES | | |
| | 11/03/03 | LEFT MESSAGE FOR ATTY SILVERMAN REGARDING OFFICE STORTI'S TESTIMONY OFFICER STORTI'S TESTIMONY IS LISTED IN THE TRANSCRIPT. | | |
| | 11/06/03 | ATTY SILVERMAN CALLED, TOLD HIM WHAT OFFICER STORTI'S TESTIMONY IS IN THE TRANSCRIPTS AND TO REFER TO PAGES 204-220 OF TRANSCRIPT DATED 1-8-03. ATTY SILVERMAN INFORMED ME THAT HE WAS LOOKING FOR OFFICER STORTI'S TESTIMONY FROM 5/6/02 ON THE MOTION TO SUPPRESS HEARING. IT WAS REQUESTED THAT HE SEND REQUEST IN WRITING STATING EXACTLY WHAT HE WANTED AND THE SPECIFIC DATES OF TESTIMONY HE WAS LOOKING FOR. | | |
| | 11/10/03 | LETTER RECEIVED FROM ATTY SILVERMAN STATING THE SPECIFIC HE IS LOOKING TO HAVE TRANSCRIBED. | | |
| | 11/28/03 | TAPES SENT TO ADM OFFICE TO BE COPIED | | |
| | 12/14/03 | TAPES RECEIVED FROM ADMIN OFFICE | | |
| | 12/15/03 | TAPES SENT TO CATUOGNO COURT REPORTING FOR TRANSCRIPTION | | |
| | 12/16/03 | ASST. CLERK WELSH CALLED ATTY SILVERMAN TO INFORM HIM THAT THE TESTIMONY OF OFFICER STORTI IS NOT AVAILABLE FROM 5/6/02 THE TAPE WAS BLANK. | | |
| | 1/26/04 | TRANSCRIPTS RECEIVED FROM CATUOGNO COURT REPORTING SERVICES | | |
| | 1/27/04 | TRANSCRIPTS SENT TO APPEALS COURT, JULIA HOLLER, ADA AND ATTY J. DANIEL SILVERMAN | | |
| | 1/30/04 | NOTICE OF DOCKET ENTRY RECEIVED FROM APPEALS COURT | | |
| | 2/17/04 | DEFTS MOTION FOR TAPES AND NEW TRANSCRIPTION AND CERT OF SERV FILED. MOTION TO BE HEARD ON 2/20/04 AT 2:00 PM BY ATTY SILVERMAN. | | |
| | 2/20/04 | AFFIDAVIT OF DEFT LENORE LAURO IN SUPPORT OF HER MOTION FOR TAPES AND NEW TRANSCRIPTION. | | |
| | 2/20/04 | LL 02-04-1923-2618 TO 3650 | | |
| | 2/20/04 | INTERIM ORDER, re: APPEAL, RAW, J. COPIES TO DA, BREWSTER PD AND ATTY SILVERMAN. | | |
| | 2/20/04 | COUNSEL FOR APPELLANT BE ALLWD TO AUDIT TAPES. ALL TAPES TO BE RETURNED TO THE OCURT ON OR BEFORE FRIDAY FEB 27, 04. COUNSEL HAS FAILED TO MAKE A SHOWING THAT A NEW TRANSCRIPTION WOULD ADVANCE THE ISSUE OF CLARITY OF THE RECORD IF THE TAPE IS INAUDIBLE. | | |
| | 2/23/04 | CASSETTE COPY ORDER #181979 REC FROM BARBARA REIS FOR HEARING DATE OF 4/9/04, 4-TRACK TAPES ORDERED. | | |
| | 2/26/04 | CASSETTE COPY ORDER #181988 REC FROM BARBARA REIS FOR HEARING DATE OF 5/6/02. 4-TRACK TAPES ORDERED. | | |
| | 2/27/04 | COURT TAPES RETURNED VIA PRIORITY MAIL FROM ATTY SILVERMAN. | | |
| | 2/27/04 | CASSETTE COPY ORDER #181987 REC FROM BARBARA REIS FOR HEARING DATE OF 2/20/04. 2-TRACK TAPES ORDERED. | | |
| | 3/9/04 | JUDGE ZOLLS OFFICE CALLED REQUESTING COURT TAPES BE SENT TO HIS OFFICE FOR REVIEW. 8 TAPES TOTAL SENT TO JUDGE ZOLL. | | |
| | 3/22/04 | (2 OF THE 3 TAPES REQUEST BY BARBARA REIS SENT TO BOSTON TO BE COPIED) 2 OF THE 3 CASSETTE ORDERS RECEIVED, BARBARA REIS CALLED AND TOLD TAPES WERE AVAILABLE FOR HER TO PICK UP. ALSO TOLD HER THIRD REQUEST FOR TAPE WOULD BE PROCESSED AS SOON AS TAPE WAS AVAILABLE. | | |
| | 3/23/04 | BARBARA REIS SIGNED FOR & PICKED UP TAPES, ORDERS #181979 & #181987. | | |
| | 5/3/04 | CASSETTE COPY ORDER FORM #181988 MAILED TO SAM PILL, ADMIN OFFICE. | | |
| | 5/7/04 | BARBARA REIS SIGNED FOR & PICKED UP TAPES, ORDER #181988 | | |
| | 6/8/04 | MOTION TO SETTLE RECORD ON APPEAL FILED BY THE COMMONWEALTH TO BE HEARD JUNE 14, 04 @ 9AM. | | |
| | 6/14/04 | AFFIDAVIT: APPELLANTS RESPONSE TO COMMONWEALTH & DENIAL FOR DUPLICATION OF TRIAL TRANSCRIPT FOR MOTION PROCEEDING TRANSCRIPT FOR A STIPULATED RECORD ALONG WITH ATTACHED DOCUMENTS BY DEFENDANT LENORE A. LAURO, PRO SE. | | |
| | 6/14/04 | COURT ORDERS APPELLANT & COMMONWEALTH CONFER TO STIPULATION/APPELLANT TO PRESENT DRAFT REPORT W/I 1 WEEK, RAW, J. 02-04-2142-0547 TO 0978 | | |

A TRUE COPY ATTEST

DC-CR 14 (12/89)

| DOCKET CONTINUATION | NAME OF CASE LENORE A. LAURO | DOCKET NUMBER 0226CR000511 |
|---|---|---|

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | 7/16/04 | MOTION FILED BY DA TO SETTLE RECORD ON APPEAL SCHEDULED FOR 7/22/04 AT 9 AM. |
| | 7/19/04 | DEFTS MOTION TO DISMISS CASE ON APPEAL SCHEDULED FOR 7/22/04 AT 9AM, BY DEFT LAURO, PRO SE |
| | 7/22/04 | COMMONWEALTHS OPPOSITION TO MOTION TO DISMISS AND PROPOSED STATEMENT OF EVIDENCE |
| | 7/22/04 | MEMORANDUM AND ORDER-MOTION TO DISMISS IS DENIED. CLERK TO FORWARD COPY OF MEMO AND ORDER TO CLERK OF APPEALS COURT, RAW, J. |
| | 8/9/04 | COPY OF APPEALS COURT MEMO & ORDER RETURNED BY POST OFFICE WITHOUT ANY EXPLANATION SEE ENVELOPE. (7/28/04 COPY MAILED TO APPEALS COURT) |
| | 8/18/04 | MOTION FOR CLERK OF COURT TO TRANSMIT EXHIBITS TO THE APPELLATE COURT AND CERT OF SERV, BY DEFT LAURO, PRO SE |
| | 8/19/04 | MOTION HEARD. ORDER-IT IS ORDERED THAT AN UPDATED COPY OF DOCKET ENTRIES BE FORWARDED TO APPEALS COURT. ORDERED THAT PHOTOGRAPHIC EXHIBITS SHOWING ROAD BE TRANSMITTED. THE APPELLANTS AFFIDAVIT CONCERNING RECOLLECTION OF TESTIMONY OF BARBARA REIS SHALL BE TRANSMITTED TO APPEALS COURT. DEFTS AFFIDAVIT RE: ATTEMPT STIPULATED TESTIMONY OB BARBARA REIS TO BE TRANSMITTED (6/21/04) TO APPEALS COURT. DKT ENTRIES SHOULD BE AMENDED TO SHOW APPELLANTS REQUEST FOR CASSETTE COPIES OF TAPES AND DATE OF REQUEST. |
| | 8/19/04 | PERMISSION WAS GIVEN TO DEFT TO AUDIT TAPES |
| | 9/2/04 | MOTION: TRIAL COURT TO TRANSMIT CORRECTED, UPDATED CERTIFIED COURT DOCKET & EXHIBITS TO APPELLATE COURT FOR HEARING 9/3/04 @ 9AM. |
| | 9/3/04 | CONTINUED AT REQUEST OF COMMONWEALTH FOR 9/16/04, RAW, J. |
| | 9/3/04 | AMENDED MOTION BY DEFT LENORE A. LAURO |
| | 9/3/04 | DEFT LAURO ORDERED TAPES #181828 --DATE OF RECORDING WANTED 7/22/04 |
| | 9/7/04 | ORIGINAL COURT TAPES RECEIVED BACK FROM ADMINISTRATION OFFICE |
| | 9/8/04 | DEFT LAURO NOTIFIED THAT TAPES ARE IN ORLEANS, SHE WILL BE IN 9/9/04 TO LISTEN TO THEM. |
| | 9/13/04 | COMMONWEALTHS OPPOSITION TO DEFTS MOTION: TRIAL COURT TO TRANSMIT COURT DOCKET. SCHEDULED FOR HEARING 9/16/04 |
| | 9/15/04 | DUPLICATE OF ABOVE ENTRY |
| | 9/15/04 | NOTICE OF DOCKET ENTRY RECEIVED FROM APPEALS COURT. ORLEANS DISTRICT COURT IS TO TRANSMIT AN ATTESTED COPY OF ITS UPDATED DOCKET FORTHWITH. |
| | 9/15/04 | CERTIFICATE OF SERVICE BY DEF TO ADA J. THOMAS KIRKMAN AND TO JULIA HOLLER, ADA APPELLANT'S MOTION FOR ENTRIES AND CORRECTIONS FOR UPDATED ATTESTED COURT DOCKET FOR APPELLATE COURT. |
| | 9/15/04 | RECEIVED CASSETTE TAPE ORDER #181828 FROM ADM OFFICE |
| | 9/16/04 | MOTION FOR ENTRIES & CORRECTIONS NECESSARY FOR UPDATED ATTESTED COURT DOCKET FOR APPELLATE COURT-REPORTED MOOT, RAW, J. |
| | 9/21/04 | MOTION FOR AFFIDAVITS TRANSMITTED TO APPEALS COURT FOR A HEARING BEFORE JUDGE WELSH ON 9/29/04 AT 9AM ALONG WITH A LIST OF DOCKET ENTRIES THAT NEED CORRECTION, SUBMITTED BY DEFT LAURO, PRO SE |
| | 9/28/04 | record reassembled with updated entries, need to add cassette copy requests and dates as well as results of 9/29/04 motion |
| | 9/29/04 | SEPARATE DOCKET SHEET ADDED WITH CASSETTE COPY INFORMATION. |
| | 9/29/04 | ORDER-DEFT MOTION TO CORRECT DOCKET ENTRIES DENIED. APPELLANT ADVISED TO REQUEST ATTY SILVERMAN FILE NOTICE OF WITHDRAWAL OF APPEAR. UPDATED DOCKET ENTRIES TO BE FORWARDED IN ACCORDANCE WITH ORDER OF SINGLE JUSTICE. PARTIES NOTIFIED BY US MAIL |
| | 9/29/04 | TAPE #02-04 2309 1993 TO 2186 |
| | 9/29/04 | UPDATED CERT DKT, LIST OF CASSETTE COPY REQUESTS, COPY OF AFFIDAVIT: RECOLLECTION OF WITNESS & PHOTOGRAPHIC EXHIBITS SHOWING ROAD SENT TO APPEALS COURT. COPIES TO ALL PARTIES VIA US MAIL. |

DC-CR 14 (12/89)

| | DOCKET CONTINUATION | NAME OF CASE<br>LENORE A. LAURO | | DOCKET NUMBER<br>0226CR000511 |
|---|---|---|---|---|
| NO. | DATE | CASSETTE REQUESTS | DOCKET ENTRIES | |
| → | 9/29/04 | CASSETTE COPY ORDER FORM #167000 REQUESTED BY LENORE LAURO<br>FOR RECORDINGS ON 5/6/02 & 1/8/03 REQUESTED ON 1/30/03 | | ← |
| | 9/29/04 | CASSETTE COPY ORDER FORM #181910 REQUESTED BY LENORE LAURO<br>FOR RECORDINGS ON 2/10/03 REQUESTED ON 3/18/03 | | |
| | 9/29/04 | CASSETTE COPY ORDER FORM #181947 REQUESTED BY LENORE LAURO<br>FOR RECORDINGS ON 5/6/02,1/8/03,1/9/03 & 2/10/03 REQUESTED ON 9/8/03 | | |
| | 9/29/04 | CASSETTE COPY ORDER FORM #181948 REQUESTED BY ATTY J. DANIEL SILVERMAN<br>FOR RECORDINGS ON 5/6/02 & 1/9/03 REQUESTED ON 9/8/03 | | |
| | 9/29/04 | CASSETTE COPY ORDER FORM #181952 REQUESTED BY LENORE LAURO<br>FOR RECORDING ON 2/10/03 REQUESTED ON 9/11/03 (NO ACTION TAKEN, BALER, J | | |
| | 9/29/04 | CASSETTE COPY ORDER FORM #181958 REQUESTED BY K.J. CONWAY<br>FOR RECORDING ON 9/11/03 REQUESTED ON 9/30/04 | | |
| | 9/29/04 | CASSETTE COPY ORDER FORM #181966 REQUESTED BY ATTY S. DANIEL SILVERMAN<br>FOR RECORDING ON 1/9/03 REQUESTED ON 11/28/03 | | |
| | 9/29/04 | CASSETTE COPY ORDER FORM #181987 REQUESTED BY BARBARA REIS<br>FOR RECORDING ON 2/20/04 REQUESTED ON 2/27/04 | | |
| | 9/29/04 | CASSETTE COPY ORDER FOR #181979 REQUESTED BY BARBARA REIS<br>FOR RECORDING ON 4/9/03 REQUESTED ON 2/23/04 | | |
| | 9/29/04 | CASSETTE COPY ORDER FORM #181988 REQUESTED BY BARBARA REIS<br>FOR RECORDING ON 5/6/02 REQUESTED BY BARBARA REIS  2/26/04 | | |
| | 9/29/04 | CASSETTE COPY ORDER FORM #181828 REQUESTED BY LENORE LAURO<br>FOR RECORDING ON 7/22/04 REQUESTED ON 9/3/04 | | |

A TRUE COPY
ATTEST: [signature]

DC-CR 14 (12/89)

## FORGERY BY TRI-STATE COURT REPORTING SERVICE

STATEMENT PAGES FROM RAYMOND F. CATUOGNO, REGISTERED PROFESSIONAL COURT REPORTER WHO ALLEGEDLY TRANSCRIBED THE APPELLANT'S TRIAL COURT PROCEEDINGS, AND "HIS SIGNATURE."

**Four of the pages (22, 81, 152, 250) bear the date 5/29/03.** These signatures are all the same: same capital R, same dramatically looped O, same extremely rounded letters. All four have the same right slash to separate the date numbers. The line-spacing between the hand-written date and the transcriber's signature drops two spaces between the typed date and typed name Raymond F. Catuogno.

**One page (20) bears the date 1-20-04.** This signature is remarkably dissimilar from the other three, and came from the reporting company <u>after</u> this Court had vacated the case and ordered the transcripts cured; samples above, <u>before</u>.

Note the capital R slant, how the loop on the lower case "d" in Raymond leans to the left; the Capital C taps the head of the lower case "a" with a continuous flow. This is obviously a different person signing and certifying the accuracy of the Appellant's transcripts. Note the dashes separating the date numbers, not the consistent use of front slashed seen above. The line spacing between the written and signed name and date, is single spaced, not double as seen above. This suggests someone scanned the <u>Certificate of Accuracy</u> form for the purpose of forgery.

I, RAYMOND F. CATUOGNO, Registered Professional Reporter, do hereby certify that the foregoing testimony prepared from designated portions of cassettes furnished by the parties herein, is true and accurate to the best of my knowledge and belief.

5/29/03                                    *Raymond F. Catuogno*

Date                                       Raymond F. Catuogno

*Motion to Dismiss Suppress* 81
*J. Welsh*

I, RAYMOND F. CATUOGNO, Registered Professional Reporter, do hereby certify that the foregoing testimony prepared from designated portions of cassettes furnished by the parties herein, is true and accurate to the best of my knowledge and belief.

5/29/03
Date

Raymond F. Catuogno
Raymond F. Catuogno

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Providence, RI

I, RAYMOND F. CATUOGNO, Registered Professional Reporter, do hereby certify that the foregoing testimony prepared from designated portions of cassettes furnished by the parties herein, is true and accurate to the best of my knowledge and belief.

5/29/03
Date

*Raymond F. Catuogno*
Raymond F. Catuogno

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA       Worcester, MA       Boston, MA       Providence, RI

I, RAYMOND F. CATUOGNO, Registered Professional Reporter, do hereby certify that the foregoing testimony prepared from designated portions of cassettes furnished by the parties herein, is true and accurate to the best of my knowledge and belief.

5/29/03                     *Raymond F. Catuogno*
  Date                         Raymond F. Catuogno

I, RAYMOND F. CATUOGNO, Registered Professional Reporter, do hereby certify that the foregoing testimony prepared from designated portions of cassettes furnished by the parties herein, is true and accurate to the best of my knowledge and belief.

1-20-04
Date

Raymond F. Catuogno

Case 1:05-cv-11808-NMG    Document 1    Filed 08/31/2005    Page 19 of 19