UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LENORE A. LAURO, Petitioner

v.                                    No:_____

MASSACHUSETTS, Respondent

### Motion for the Appointment of Counsel

I, Lenore A. Lauro, Petitioner *pro se*, hereby respectfully motion this Honorable United States District Court for appointment of counsel for a Petition for Writ of Certiorari to the Supreme Court of the United States, for a case on appeal from the Massachusetts' court of last resort; rescript date June 9, 2005, with a denial for reconsideration dated July 27, 2005.

A Motion for leave to proceed in forma pauperis and Affidavit in Support of Motion to Proceed on Appeal in Forma Pauperis, Form 4, the forms required by the Supreme Court to attach to the above Petition, were received by this Court and inform of my financial status and the provident nature of this case on appeal.

An attorney had been appointed by the court for a first appeal. I have contacted attorneys through phone calls, and met with attorneys to discuss the further appeal with the Supreme Court, yet I cannot afford counsel.

Wherefore, the Plaintiff is hopeful for this Court's granting of a motion for the appointment of counsel, or for a request to an attorney who has indicated a willingness to accept such a case to the Supreme Court, on a *pro bono* basis.

Respectfully submitted,

*[signature]*
Lenore A. Lauro, *pro se*
74 Highland Moors Drive
Brewster, MA 02631
(508) 896-5457

Lenore A. Lauro
74 Highland Moors Drive
Brewster, MA 02631
(508) 896-5457

### Certificate of Service

I, Lenore A. Lauro, hereby attest to service by first-class mail, postage pre-paid, the Motion for the Appointment of Counsel to the Massachusetts Attorney General, Thomas F. Reilly, One Ashburton Place, Appellate Division 18TH Floor, Boston, MA 02108-1598 on this day of September 2, 2005.

I verify under the pain and penalty of perjury that the foregoing declaration of service is true.

*[signature]*
Lenore A. Lauro, Petitioner *pro se*

Lenore A. Lauro<br>
74 Highland Moors Drive<br>
Brewster, MA 02631<br>
(508) 896-5457

September 2, 2005

Sarah Allison Thornton
Clerk of the United States District Court of Massachusetts
John Joseph Moakley Courthouse
One Court House Way, Suite 2300
Boston, MA 02210

        RE:  Lenore A. Lauro  v.  Massachusetts      No. _____

Dear Clerk Thornton:

      Please accept for filing this time-sensitive <u>Motion for the Appointment of Counsel</u>. Could you please present this Motion to the Judge with the Motion for leave to proceed in forma pauperis and Form 4, Affidavit in Support of the motion to proceed in forma pauperis which was received at the Court earlier this week. Both of these documents will support the motion for the appointment of counsel.

      A <u>Certificate of Service</u> to the Attorney General of Massachusetts, Thomas F. Reilly, is attached.

Please call me at the above number should you have any question or request.

                Thank you for the curtesy of your attention to this Motion,

Sincerely,<br><br>
<i>Lenore A. Lauro</i><br>
Lenore A. Lauro, pro se