```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

LENORE A. LAURO,                )
          Petitioner,           )
                                )
     v.                         )  C.A. No. 05-11808-NMG
                                )
MASSACHUSETTS,                  )
          Respondent.           )
```

MEMORANDUM AND ORDER

For the reasons stated below, the pending motions are denied and petitioner is directed to demonstrate good cause why this action should not be dismissed.

DISCUSSION

On August 31, 2005, Petitioner Lenore Lauro, a resident of Brewster, Massachusetts, filed several documents including a motion for leave to proceed in forma pauperis with supporting affidavit. See Docket Nos. 1, 2. On September 6, 2005, petitioner filed a motion for appointment of counsel. See Docket No. 3.

After carefully reviewing Petitioner's motions and documents, it appears that on July 27, 2005, the Supreme Judicial Court denied her request for reconsideration and that she now seeks to "appeal from the Massachusetts' court of last resort [the Supreme Judicial Court]." See Motion for the Appointment of Counsel, Docket No. 3. Other than her motions, petitioner has not filed in this district court a complaint or petition.

The proper court in which to obtain a direct review of state-court determinations is the United States Supreme Court. See 28 U.S.C. § 1257(a); District of Columbia Court of Appeals v.

Feldman, 460 U.S. 462, 482-86 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415-16 (1923). Thus, it appears petitioner mistakenly filed her motions in this United States District Court. To the extent petitioner seeks to have this court appoint an attorney for her and/or waive the filing fees imposed by the United States Supreme Court, this Court is unable to do so.

## ORDER

Based upon the foregoing, it is hereby

ORDERED, petitioner's motion for leave to proceed in forma pauperis (docket No. 1) is denied; and it is further

ORDERED, petitioner's motion for appointment of counsel (Docket No. 3) is denied; and it is further

ORDERED, petitioner shall demonstrates good cause, in writing, why this action should not be dismissed within seven (7) days of the date of this Memorandum and Order.

Dated at Boston, Massachusetts, this 12th day of October, 2005.

```
                              s/ Nathaniel M. Gorton
                              NATHANIEL M. GORTON
                              UNITED STATES DISTRICT JUDGE
```