UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LENORE A. LAURO,
    Petitioner,

v.        C.A. No. 05-11808-NMG

MASSACHUSETTS,
    Respondent.

<u>Reply to Court's Memorandum & Order stating improper jurisdiction</u>

I, Lenore Lauro, Petitioner, acknowledge this Court's Memorandum (received this day of October 17, 2005) and apologize for submitting motions which are out of the Court's jurisdiction; consequently, I understand that this court is unable to act on the motion for appointment of counsel and motion for leave to proceed in *forma pauperis*.

I am aware that the proper court in which to obtain a direct review of state-court determination is the United States Supreme Court and I have been in the process of filing in that Court. In my attempt to follow the rules of the Supreme Court, I mistakenly thought I must appeal to this District Court with the above motions.

I thank the Court for its time and again apologize for my mistake. Since I remain unable to afford counsel, the above motions will be properly filed and determined in the United States Supreme Court.

Sincerely,

Lenore A. Lauro, *pro se*
74 Highland Moors Drive
Brewster, MA 02631
(508) 896-5457

October 17, 2005