UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lenore Lauro,
      Plaintiff

V.

Massachusetts,
      Defendant

CIVIL ACTION

NO.  05-11808

ORDER OF DISMISSAL
5/8/06

Gorton, D. J.

For the reasons stated on the endorsement of plaintiffs' letter (docket no. [5]) on 5/8/06, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

Approved:

/s/ Nathaniel M. Gorton
United States District Judge

By the Court,

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismendo.ord - 09/92)                                                                                                [odism.]